IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | | |
|---|---|---|
| IN RE: | § | CASE NO. 24-51486-MMP |
| BELINDA ANA GARCIA, | § § § | |
| DEBTOR | § § | CHAPTER 7 PROCEEDINGS |
| BELINDA ANA GARCIA, Plaintiff | § § § § § | ADVERSARY PROCEEDING |
| vs. | § § | No. 24-05067 |
| US DEPARTMENT OF EDUCATION, ET AL | § § § | |
| Defendant | § § | |

EXHIBIT LIST AND WITNESS LIST

**Witness List**

1. Belinda Ana Garcia

**Exhibit list**

1. Attestation Form
2. Statement of Financial Affaris

*Heidi McLeod*
Heidi McLeod Law Office
3355 Cherry Ridge, Ste. 214
San Antonio, TX 78230
(210) 853-0092
(210) 853-0129
TSNB 13764700

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a true and correct copy of the Witness and Exhibit List either mailed by first class mail or served by ECF notice on the following parties on this the January 2, 2025

Belinda Ana Garcia
1023 Orchid Grove
San Antonio, TX 78245

Law Office of Lewis Buttles
342 W. Woodlawn, Ste. 103
San Antonio, TX 78212

Steven Bass
US Attorney
903 San Jacinto Blvd, suite 334
Austin, TX 78701

John Patrick Lowe
2402 East Main Street
Uvalde, TX 78801

US Trustee
615 E. Houston Street, Ste. 533
San Antonio, TX 78205

/s/ Heidi McLeod
Heidi McLeod