**IT IS HEREBY ADJUDGED and DECREED that the below described is SO ORDERED.**

**Dated: January 06, 2025**

_____
**MICHAEL M. PARKER**
**UNITED STATES BANKRUPTCY JUDGE**

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | | |
|---|---|---|
| IN RE: | § § | |
| BELINDA ANA GARCIA, | § § | CASE NO. 24-51486-MMP |
| DEBTOR. | § § | CHAPTER 7 |
| | § | |
| BELINDA ANA GARCIA, | § § § | |
| PLAINTIFF, | § § | |
| v. | § | ADV. NO. 24-05067-MMP |
| US DEPARTMENT OF EDUCATION, | § § § | |
| DEFENDANT. | § | |

**ORDER DENYING JOINT MOTION WITHOUT PREJUDICE**

On January 6, 2025, the Court heard the *Joint Motion for Entry of Consent Judgment* (ECF No. 10) and determined that it should be denied without prejudice for the reasons stated on the record. It is, therefore,

**ORDERED** that the above-referenced *Joint Motion* is hereby **DENIED WITHOUT PREJUDICE**.

# # #